UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL J. DELORENZO JR.,

                Plaintiff,

      -against-

MIKE SCHIFF; DR. WEISS,

                Defendants.

20-CV-8594 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued February 26, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an amended *in forma pauperis* application or pay the $400.00[1] in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 26, 2021
            New York, New York

                                            COLLEEN McMAHON
                                        Chief United States District Judge

---

[1] On December 1, 2020, the filing fees required to file a federal civil action increased to $402.00 – a $350.00 filing fee plus a $52.00 administrative fee. Because Plaintiff's action was filed prior to December 1, 2020, the increased filing fees do not apply to this action.